IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

John Henery Goodson #244419 )
_____ )
Full name and prison number of )
plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:06-CV-00836-WKW
 )  (To be supplied by the Clerk of the
Conecuh County Jail, )  U.S. District Court)
Sheriff Tracey Hawsey, )
Jailer Peggy Gray )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

RECEIVED
2006 SEP 18 A 11: 10

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1.  Parties to this previous lawsuit:
          Plaintiff(s) None
          Defendant(s) None

      2.  Court (if federal court, name the district; if state court, name the county)
          None
          None

      3.  Docket No. None

      4.  Name of Judge to whom case was assigned None

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? *None*

6. Approximate date of filing lawsuit *None*

7. Approximate date of disposition *None*

II. PLACE OF PRESENT CONFINEMENT *Red Eagle Honor Farm 1240 Red Eagle Road, Montgomery, AL 36110*

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED *Conecuh County Jail*

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. Sheriff Tracey Hawsey | Conecuh County Jail |
| 2. Jailer Peggy Grey | Conecuh County Jail |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED *Feb 4, 2006*

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: *8th Amendment*

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

*I was denied medical treatment, and I was subjected to cruel and unusal punishment.*

GROUND TWO: _8th Amendment_

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like the courts to please help make this said County correct their injustice by getting proper medical staff. I would also like $1,500,000 dollars in monetary fixture for pain and suffering plus mental anguish.

Pro-Se _John H. Hoodson_
(Signature of plaintiff(s))

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _9-15-06_ .
             (date)

Pro-Se _John H. Hoodson_
(Signature of plaintiff(s))

-3-