IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

### AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED
### IN FORMA PAUPERIS

RECEIVED
2006 SEP 18 A II: 10

John Henery Goodson
_____
Plaintiff(s)

v.

2:06-cv-00836-WKW

Sheriff Tracy Hewsey
_____
Defendant(s)

I, John Henery Goodson, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ( )  No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. None

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. Oct. 1983

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?   Yes ( )  No (✓)
   B. Rent payments, interest, or dividends?   Yes ( )  No (✓)
   C. Pensions, annuities, or life insurance payments?   Yes ( )  No (✓)
   D. Gifts or inheritances?   Yes ( )  No (✓)
   E. Any other sources?   Yes ( )  No (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. None

Memorandum

TO: Office of the Clerk

FROM: John Henery Goodson #244949

DATE: September 15, 2006

REASON: To show the reason why I don't have the proper addresses of defendants and my finacel Statement for my Informapaypes.

To whom This may Concern:

I'm writing in concerns of my finacel statement. The front office here at Red Eagle Honor Farm will not send it upon my request. This facility does not have a lawyer's manuel to look up proper addresses of the courts. If I get any of the above stated for which this honorable court's paper I will send ASAP.

Respectfully Submitted
Pro-Se John Henery Goodson /#244949

Pro-Se  John Henry Goodson

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS                    INMACP
ALEXANDER CITY CBF

2:06-CV-836-WKW

TRANSACTION INFORMATION BY AIS# FROM MAR. 01, 2006 THRU SEP. 13, 2006

AIS#: 244949         NAME: GOODSON, JOHN HENRY         BED NBR:

PMOD BALANCE:   $117.47

| DATE OF TRANSACTION | PREVIOUS BALANCE | NAME OF PAYEE OR SENDER | TRANS. NUMBER | TYPE OF TRANSACTION | TRANSACTION AMOUNT | C. O. P. DEDUCTED | CURRENT BALANCE |
|---|---|---|---|---|---|---|---|
| 03/20/2006 | $ .00 | INST. TRANSFER | 2006003729 | MISC RECEIPTS | $ 650.06 | $ .00 | $ 650.06 |
| 03/28/2006 | $ 650.06 | THE INMATE | 2006007876 | MISC WITHDRAWAL | $ 75.00 | N/A | $ 575.06 |
| 04/07/2006 | $ 575.06 | MEDICAL COPAY (04/06/2006) | 2006008541 | MEDICAL CO-PAY | $ 3.00 | N/A | $ 572.06 |
| 04/10/2006 | $ 572.06 | THE INMATE | 2006008592 | MISC WITHDRAWAL | $ 75.00 | N/A | $ 497.06 |
| 04/25/2006 | $ 497.06 | THE INMATE | 2006009093 | MISC WITHDRAWAL | $ 75.00 | N/A | $ 422.06 |
| 05/08/2006 | $ 422.06 | THE INMATE | 2006009732 | MISC WITHDRAWAL | $ 70.00 | N/A | $ 352.06 |
| 05/23/2006 | $ 352.06 | THE INMATE | 2006010173 | MISC WITHDRAWAL | $ 75.00 | N/A | $ 277.06 |
| 06/12/2006 | $ 277.06 | THE INMATE | 2006010814 | MISC WITHDRAWAL | $ 70.00 | N/A | $ 207.06 |
| 07/24/2006 | $ 207.06 | THE INMATE | 2006012769 | MISC WITHDRAWAL | $ 50.00 | N/A | $ 157.06 |
| 08/08/2006 | $ 157.06 | THE INMATE | 2006013352 | MISC WITHDRAWAL | $ 70.00 | N/A | $ 87.06 |
| 08/16/2006 | $ 87.06 | T GOODSON | 2006006651 | MISC RECEIPTS | $ 40.00 | $ .00 | $ 127.06 |
| 08/22/2006 | $ 127.06 | THE INMATE | 2006014020 | MISC WITHDRAWAL | $ 40.00 | N/A | $ 87.06 |
| 08/25/2006 | $ 87.06 | THE INMATE | 2006014300 | MISC WITHDRAWAL | $ 40.00- | N/A | $ 127.06 |
| 09/06/2006 | $ 127.06 | US POST OFFICE | 2006014481 | MISC WITHDRAWAL | $ 9.59 | N/A | $ 117.47 |

TOTALS:   $ 1,262.65   $ .00

LAST PAGE:   1        X = C.O.P. ESCROW    * = ERROR IN BALANCES

SCANNED
kd 9/25/2006




# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

**BOB RILEY**
GOVERNOR

**RICHARD F. ALLEN**
COMMISSIONER

## CERTIFICATION

I hereby certify that prisoner __John Goodson__ has been incarcerated in this Institution since __August 24, 2006__, and that he has the sum of $ __-0-__ in his prison trust account on this the __20th__ day of __September__ ~~2002~~. I further certify that the information provided below is true and correct.
2006

| | Month/Year | Total Deposits Received | Average Account Balance |
|---|---|---|---|
| Month 1 | | $ | $ |
| Month 2 | | $ | $ |
| Month 3 | | $ | $ |
| Month 4 | | $ | $ |
| Month 5 | | $ | $ |
| Month 6 | | $ | $ |

Please see attached copies from Alexander City CBF Facility Prisoner Money on account Computer transaction information

__Debra Scott, Business Manager__
Signature of Authorized Officer of Institution

__Red Eagle Honor Farm__
Name of Institution