5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? None

6. Approximate date of filing lawsuit None

7. Approximate date of disposition None

II. PLACE OF PRESENT CONFINEMENT Red Eagle Honor Farm 1240 Red Eagle Road, Montgomery, AL 36110

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. Sheriff Tracey Hawsey — Conecuh County Jail
2. Jailer Peggy Tyrey — Conecuh County Jail
3. Evergreen Hospital — Evergreen Ala
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Feb 4, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: 8th Amendment + 14th USCA

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
I was denied medical treatment, and I was subjected to cruel and unusual punishment.

-2-

Violation of my right to due process

**GROUND TWO:** 8th Amendment - 14th Amendment to be Free From Cruel & unusual punishment while incarcerated.

**SUPPORTING FACTS:** Defendants acted outside the scope of their sworn duty & failed to provide proper medical treatment. Defendants in so doing denied plaintiff a basic human need which was immediate medical help. Defendants were GROSSLY negligent in carrying out their sworn duty. Plaintiff suffered both great mental pain and suffering as a result of their gross actions & it shocks at the conscieness of all mankind. The defendants acted under color of authority

**GROUND THREE:** of law. The defendants Recklessly denied me immediate access to medical treatment. The defendants did so wilfully of their own accord & conspired jointly to do so.

**SUPPORTING FACTS:** The defendants knew or should have known that their actions were grossly negligent & wrong. Plaintiff Avers their inaction to respond in a reasonable manner was the direct cause of plaintiff losing 2 additional units of blood & nearly bled to death & their gross negligence was the direct cause of plaintiffs additional mental pain & suffering.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. See separate page

I would like the courts to please help make this said county correct their injustice by getting proper medical staff. I would also like $ 500,000 dollars in monetary fixture for pain and suffering plus anguish.
Supeona a copy of all medical records regarding my incarceration & furnish plaintiff with

Pro-SE _John H. Goodson_
Signature of plaintiff(s)

a copy of same.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  9-26-06  .
              (date)

Pro-SE _John H. Goodson_
Signature of plaintiff(s)

VI  *Note Judge - I need you to Supeona all my medical records both from Evergreen Medical Center of 10F Edwena St. on Road & from Conecuh County Jail System.

Plaintiff seeks $500,000.00 in compensatory & punative damages jointly from both named defendants to send a clear message that their gross negligence & violation of my 8th & 14th U.S. constitutional amendments regarding due process (denial of medical treatment) under 14th & Cruel & unusual punishment under the 8 U.S. Const amendment.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

# SWORN AFFIDAVIT

I John Henry Cookson #244949 hereby swear under oath a penalty of purgery under law that the following incident happened to me while incarcerated at Conecuh County Courthouse, Alabama on the 4th of Feburary 2006 which involved the Conecuh County deputy on guard, Peggy Gray.

The Judge of Conecuh County gave me time to go to Ohio to have a Operation (A Colonosty operation). The operation took place in Cincinatti at Veterans Hospital on 27th of January 2006.

I turned myself into Conecuh County jail on Feb. 1st 2006 after the operation. I was placed on the 1st floor in general population at said jail.

On the 4th day of Feburary I began hemmoraging inside where they had remove several pollips in the operation. At approximately 9 a.m. I had to use the bathroom #2 style. On wiping I noticed I was bleeding severly. I then went to the wall intercom buzzer & notified the guards in the tower that I was bleeding continiously inside and a loss of blood was evident.

It was 11:30 am later before E.M.S. (Emergency Ambulance came to get me.) Deputy Hammond called 911 for me when he arrived. The guards in the tower could see a pool of blood down below but failed to

respond or act after being notified for over 4 hours. They failed to act or do their sworn duty & I contend they acted outside the scope of their authority or/or sworn duty by not providing me with emergency medical assistance. They were laughing at my predicament instead and would have let me die had it not been for deputy Hammond who had been working outside but when he heard the other inmates hollering & screaming up at the tower to no avail for their help. He saw the blood & immediately called 911. A Emergency ambulance then took me to Evergreen Medical Center (hospital - only one in Evergreen Ala).

The Sheriff, Tracey Hawlsey sent deputy Gray over to watch over me. I could not move as I was in a very weak condition. My clothes were soaked in blood. My wife took pictures of my clothes, she was distraught. When I arrived at the hospital Dr. Mark Roberts ordered a blood transfusion & the medication I was on on the street. I received blood transfusion but of clay on the 4th and 5th.

During the superbowl officer Gray cut my blood flow supply off. She sat & turned to the I.V. board & cut the supply of blood off.

I ask her, Gray, why she turned it off as I saw her when she did it. She looked at me stupid & did not respond.

I then hit the patient button & a nurse & the supervisor

(2)

came into the room. I told them the baby turned off my blood supply. Finding it off they turned it back on. The blood i.v. then stayed on until they shipped me on the 8th to Kilby in a wheelchair slumped over still in a bad state. They obviously wanted me out of their Hosp'tl. Your Honor, Officer Gray so far as I can see # was attempting to kill me. That's how it looked to me then + that's how it still looks to me now.

She was not authorized to mess with the hospital equip't no turn off my blood supply. She is not a LPN or RN or licensed nurse practicioner.

No doubt in my mind - this was intentionally done on her part being ordered by the Sheriff who had previously tried to frame me on a case which hit the Mobile Register.

I contend the Sheriff gave the order to turn off blood supply out of vengence.

I contend secondly that if he didn't do so which I doubt, that he failed to properly train his staff of officers in the handling of emergencies, that they all lacked training in same to fulfill their sworn duty to protect inmates from harm and/or mental cruelty. This constituted cruel + unusual punishment an shocks at the conscisiousness of laymen. They acted under color of authority of law to preperpatrate possible death upon me in a life threatening situation. I contend their was a conspiracy between Sheriff Tracy Hawsey + officer Gray to do so as all 5 elements of conspiracy exist.

(3)

They either knew or should have known that their actions were wrong.

The hospital is at fault for leaving me unattended with officer Gray and for their gross negligence in handling this event or for even letting it happen to begin with. I hold Evergreen Hospital as a corporation or company jointly responsible.

For my pain & suffering and fear of dying if I went to sleep. I still have nightmares of this incident. I was unable to sleep for 4 days until I got to Kilby & was out from under the custody of Hanlon & Gray.

I want to add Evergreen Hospital to this suit but don't know the procedure if there is a special one. If not please add them as a defendant.

I swear under oath that the above statement is true to the best of my ability & knowledge.

_John H. Goodson_
John Henry Goodson #244949

I certify that John Goodson 244949 appeared before me on this the 26th day of September

_Edwin C. Lane_
Notary Public

My Commission expires: 7-20-2010

(4)