**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Tracey Hawsey, Sheriff
   Conecuh County Jail
   Post Office Box 228
   Evergreen, AL 36401

   2:06CV836-WKW

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6852

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Henry D. Jones
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes   ☐ No
   Cmp & Amend Cmp OP

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Peggy Gray, Jailer
   Conecuh County Jail
   Post Office Box 228
   Evergreen, AL 36401

   2:06CV836-WKW

2. Article Number (Transfer from service label): 7005 1820 0002 3461 6845

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Henry D. Jones
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes   ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes