UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

John Henry Goodson #244949 )
             VS.     )
Conecuh County Jail     )

Re: 2:06-CV-836-WKW
[WO]
10-17-06

## MOTION FOR LEAVE TO AMEND AND OBJECTION TO COURT ORDER

Now comes the plaintiff John Henry Goodson the plaintiff on the above styled case for good and just cause with this Motion For Leave To AMEND his suit based on the Courts order dated Oct 3, 06 and being [#6-1].

The Court has removed Evergreen Hospital From this suit in said Court order. The plaintiff is a layman unschooled in law of any kind + by removing Evergreen Hospital from this suit it is unclear to this plaintiff if the Court will subpoena the Medical records of my tenure at the hospital relating to this suit.

Wherefore the plaintiff does not wish to waiver his previous request for same in his 42-1983 filing with the Court. Knowing the uncertainty that this could be the case since your Honor has removed Evergreen Hospital from the suit, the plaintiff respectfully again request that the Court subpoena a copy of plaintiff's Medical records from said hospital as it is a critical part of plaintiff being able to prove his case against the defendants + since he is incar-

(1)

Con't:
Goodson vs. Conecuh County Jail         10/17/06

stated he is unable to obtain a copy on his own.

Part II

## OBJECTION TO COURT ORDER
## DOC #7-1

The plaintiff enters a objection to the removal of Evergreen Hospital, a state Actor, acting under Color of Authority of law to handle inmate emergencies for the Conecuh County Jail of Alabama.

The plaintiff avers this defendant has consistently acted as a state Contractor and/or actor, acting under Color of Authority of law for a decade or more for this County Jail Systems medical needs & request the Court to reenter them as a defendant on this suit as they denied me a Fed. Constitutional violation.

The plaintiff prays the Court grant these two request. Thank you.

Respectfully Submitted
John Henry Goodson
AIS 244949 B8
1290 Red Eagle Drive
Montgomery, Ala 36110

(2)

Con't:
Goodson vs Conecuh Co. Jail                    10/17/06

2:06 CV-836-WKW

Certificate of Service:

I John Henry Goodson the plantiff on the above styled case hereby certify to Her Honor that I have placed a copy of the above styled pleading in the US Mail with proper 1st class postage due same to the defendants of record to date at their home addresses as there is no attorneys of record by notice to me this date by the defendants. Mailed out as follows to U.S. P.O. address in phone book

(1) Mrs Peggy Gray
    ~~Cunningham~~ 297 Reynold Ave
    Evergreen, Ala 36401

(2) Mr. Tracey Hawsey
    Cunningham Ct.
    Evergreen, Ala 36401.

Mailed this the 17th day of Oct 2006.

Respectfully
John Henry Goodson
AIS 244949 A8
1290 Red Eagle Road
Montgomery, Ala 36110

(3)

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

John Henry Goodson #244949 )
Vs. )
Conecuh County Jail, et all )

Re: 2:06-CV-836-WKW
[WO]
See Enclosures

## NOTICE TO COURT OF CERTIFICATE OF SERVICE ON DEFENDANTS

Now comes John Henry Goodson the plaintiff on the above styled case for good & just cause in response to the documents #6-1 and 7-1 Order by Magistrate Judge.

The plaintiff as a result of said order (doc. 6-1) hereby certifies to the Court he has complied with item #7 therein by mailing out by First Class mail with proper 1st Class postage due a copy of his 42-1983 suit filed with this Court along with a copy of his sworn affidavit presented to the Court properly notarized to both of the defendants remaining.

Wherefore the plaintiff certifies to this Court he is in compliance with Federal rules of civil procedure (rule #7) set out in her Honors Court order dated October 3rd 2006. Mailed to them on Oct 15, 2006.

Respectfully,
John Henry Goodson, John Henry Goodson

AIS: 244949 A8
1290 Red Eagle Road
Montgomery, ALA 36110

Mrs Peggy Gray
297 Reynold Ave.
Evergreen, Ala. 36401

John Henry Goodson
AIS 244-949
October 12, 06

RECEIVED
06 OCT 20 A 9:31

## NOTICE OF PERSONAL SUIT AGAINST YOU

Please find enclosed a copy of a 42-1983 suit filed against you as a officer on duty with the Conecuh County Jail System of Alabama and against you personally in your individual capacity acting outside the scope of your authority while on duty. Enclosure are:

(1) Copy of 42-1983 suit filed in Middle District of Ala., Federal District Court with Judge Susan Russ Walker presiding Magistrate Judge.

(2) Copy of Plaintiff's Sworn Affidavit to the Court.

The Court has require you be furnished a copy of everything I have filed with the Court. Once I have received a notice from your attorney of record, all other Court filings & responses will be mailed to her or him or them.

John Henry Goodson
AIS 244-949 A8
1290 Red Eagle Road
Montgomery, Ala 36110

To Mr. Tracey Hawsey
Cunningham Ct.
Evergreen, Ala. 36401

Re: John Henry Goodson
Oct 12, 06
Ais 244949

RECEIVED
2006 OCT 20  A 9:30

## NOTICE OF PERSONAL SUIT AGAINST YOU

Please find enclosed a copy of a Federal 42-1983 suit filed against you as a Officer acting under color of authority of law for the Conecuh County Jail System of Alabama.

Further the suit is filed against you personally in your individual capacity acting outside the scope of your authority & sworn duty as Sheriff of Conecuh County Ala.

Enclosures are:

(1) A copy of the 42-1983 suit filed in the Middle Dist. Federal Court with Judge Susan Ross Walker presiding Magistrate Judge.

(2) Copy of plaintiff's sworn affidavit to the court.

The court has ordered me to furnish you with a copy of all documents filed with the court to date. Once I have received a notice from your attorney of record, all other filings & responses will be mailed to him, or her, or them.

John Henry Goodson
Ais 244949 A$
1290 Red Eagle Road
Montgomery, Ala 36110