IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JOHN HENERY GOODSON, #244949,    )
                                 )
        Plaintiff,               )
                                 )
    v.                           )        CASE NO. 2:06-CV-836-WKW
                                 )
CONECUH COUNTY JAIL, et al.,     )
                                 )
        Defendants.              )

## ORDER ON MOTION

Upon consideration of the motion for leave to amend filed by the plaintiff on October 20, 2006 (Court Doc. No. 9), and as the plaintiff fails to set forth any basis for amendment to the complaint, it is

ORDERED that this motion be and is hereby DENIED.

DONE, this 24th day of October, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE