IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JOHN HENERY GOODSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:06-cv-836-WKW |
| | ) |
| **TRACY HAWSEY, et al.,** | ) |
| | ) |
| Defendants. | ) |

## LIMITED NOTICE OF APPEARANCE

COMES NOW Gary L. Willford, Jr., and makes his limited appearance for purposes of challenging venue for Defendants Conecuh County Sheriff Tracy Hawsey and Conecuh County Jailer Peggy Gray the above-styled cause.

Respectfully submitted this 7th day of November, 2006.

                                                **s/Gary L. Willford, Jr.**
                                                GARY L. WILLFORD, JR. Bar Number: WIL198
                                                Attorney for Defendants
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Drive
                                                Post Office Box 240909
                                                Montgomery, Alabama 36124
                                                Telephone: (334) 262-1850
                                                Fax: (334) 262-1889
                                                E-mail: gwillford@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 7th day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and placed it in the U. S. Mail, postage prepaid, to the following:

John Henery Goodson
AIS # 244949
Red Eagle Honor Farm
1290 Red Eagle Road
Montgomery, AL  36110

                                    **s/Gary L. Willford, Jr.**
                                    OF COUNSEL