IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HENERY GOODSON, #244949, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:06-CV-836-WKW |
| | ) |
| CONECUH COUNTY JAIL, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Upon review of the file in this case, and for good cause, it is

ORDERED that the order entered on October 3, 2006 requiring the filing of a written report (Court Doc. No. 6) be and is hereby VACATED.

Done this 7th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE