IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HENRY GOODSON, #244949 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONECUH COUNTY JAIL, et al., )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-00836-WKW<br>(WO) |

## ORDER

On October 3, 2006, the Magistrate Judge filed a Recommendation (Doc. # 7) in this case. Plaintiff's objection (Doc. #9-1), albeit untimely, was considered by the court. Upon an independent and *de novo* review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The objection (Doc. #9-1) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED;

3. The Plaintiff's claims against the Conecuh County Jail and the Evergreen Hospital are DISMISSED with prejudice;

4. The Conecuh County Jail and the Evergreen Hospital are DISMISSED as parties to this cause of action; and

5. This matter is hereby referred back to the Magistrate for further proceedings.

An appropriate judgment will be entered.

DONE this the 15th day of November, 2006.

                                                 /s/  W. Keith Watkins
                                         UNITED STATES DISTRICT JUDGE