UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

John Henry Goodson )  Case # 206-CV-836-WKW
vs. )  11/10/06
Conecuh County Jail )

## OBJECTION TO COURT ORDER DATED 11/7/06 (Doc #12-1) MOTION TO RECONSIDER

Now comes the plaintiff John Henry Goodson on the Above styled case for good and just cause lodging his objection to Her Honors Court order dated 11/7/06, requiring the filing of a written report by the defendants.

The plaintiff raises a point of order questioning the reasoning behind the rescension of its order for good & just cause — based on the following reasons:

(1) It is the plaintiffs understanding that the defendants <u>MUST</u> respond to the suit he has filed with this court.
(A) either by sworn affidavit, or
(B) by letter of admittance of Federal Const. Violations or a denial of same unsworn thereto.

(2) The court has thus eliminated items #1 through 6 on pages 2 + 3 as this plaintiff ascertains your court order.

(3) The plaintiff has previously motioned to this court to order Evergreen Hospital to furnish me a copy of my medical records on the dates specifically covering the alleged incidents involved in this suit. This was submitted to the

(1)

John Henry Goodson
Con't

11/10/06

the Court on 10/17/06 [doc #9-1] which was a Motion to Amend & Objection to Court Order.

In [doc #9] plaintiff specifically requested the Court to subpoena a copy of his medical records from Evergreen Hospital.

As the plaintiff views its case thus far he is now foreclosed from obtaining a copy of his medical records either by way of court subpoena, or under the Courts order to the defendants requiring that they furnish a copy of all medical records while incarcerated in the Covecuh County Jail. Your Honor is now foreclosing on this Channel or Venue under items #2 & 3 on page 2 of your Court order dated 10/3/06 [doc #6-1].

As previously pointed out to Her Honor, the Medical records are a crucial element involved in plaintiff proving his case in Court. By denying Motion for leave to Amend Motion [doc 10-1] & by withdrawing by Court order [doc 12-1] you have foreclosed all venues for plaintiff to gain access to his medical records.

(4) The plaintiff again points out to this court that he is incarcerated & cannot freely obtain a copy on his own. Therefore this Court has impaired plaintiff from proving his case and strongly objects.

(5) At worse the Court should have approved in part & denied in part its Court order dated 10/24/06 [doc 10-1] at least ordering a subpoena for medical records from Evergreen Hospital.

(2)

John Henry Goodson                                                        11/10/06
Cont'

(6) As the plaintiff views the recension of its court order dated 11/7/06 [doc 12-1] Now the defendants are not compelled to do anything regarding responding to this suit because of your cancellation [doc 12-1]?

Wherefore the plaintiff now prays the court will order the Evergreen Hospital itself & not the defendants, (who could tamper with said records) by subpoena to furnish the plaintiff with a copy of his medical emergency records while a prisoner incarcerated in the Conecuh County Jail. Moreover, require the defendant to respond to this suit, in the required 40 days spelled out in your Honor's court order [doc 6-1].

(7) The plaintiff does not waive his right to appeal on review these prior court denials to the Fed. Dist Judge should he again be denied same.

Respectfully Submitted
John Henry Goodson
244949

(3)

John Henry Goodson                                   11/10/06
Con't

## CERTIFICATE OF SERVICE
### CV 836-WKW

I John Henry Goodson the plaintiff on the above styled case do hereby certify to Her Honor that I have placed a copy of this pleading in the inmate out-drop box for U.S. mail with proper 1st class postage due on same to the defendants attorneys of record at:
Gary L. Willford Jr
% Webb & Eley P.C. 7475 Halcyon Point Drive,
P.O. Box 240909, Montgomery, Ala 36124

Mailed on this the 11/11/06 November by:
                              John Henry Goodson
                              A6 ———— # 244949
                              1290 Red Eagle Road
                              Montgomery, Ala 36110

(4)