IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HENERY GOODSON, #244949, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-836-WKW |
| ) | |
| TRACEY HAWSEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On November 14, 2006, the plaintiff filed a motion for reconsideration (Court Doc. No. 14) in which he seeks reconsideration of the order entered on November 7, 2006 (Court Doc. No. 12) vacating the order of procedure. A review of the file establishes that this case must be transferred to the United States District Court for the Southern District of Alabama for review and disposition due to a lack of venue in this court. Thus, all procedural matters should be addressed by that court upon transfer. Accordingly, it is

ORDERED that the motion for reconsideration be and is hereby DENIED.

Done this 16th day of November, 2006.

                                   /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE