UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

John Henry Goodson )
                   )                    11/27/06
         vs.       )                    CV 2:06-836 WKW
Tracey Hawsey, et all )

OBJECTION TO COURTS ORDERS DATED 11-16-06 (Doc #15-1) AND ORDER DATED 11/17/06 (Doc #16-1)

Now comes the plaintiff John Henry Goodson on the above-styled case objecting to both Court orders noted above for good and just cause to whitt:

(1) On order dated 11/17/06 (Doc #16-1) the plaintiff would point out to this Court that he is incarcerated at Red Eagle Honor Farm, @ 1290 Red Eagle Road Montgomery, Ala. Plaintiff would aver he has a right to have his case heard in Court at the closest place in which he lives which would be in the Montgomery Federal Court House Mont, Ala.

(2) Objection to rescinding compelling orders on defendants.

(3) OBJECTION ON Court Order DATED 11-16-06 (DOC #15-1)

The plaintiff strongly objects to Courts ruling on Doc. #15-1 for good and just cause to whitt:

(A) The plaintiff has previously filed his case with this Court requesting inclusion of the Evergreen

(1)

Con't
John Henry Goodson VS Hawsey

11/27/06
CV: 2:06-836WKW

Hospital as a defendant in this case.

The plaintiff has previously stated not negligence but "gross negligence" by the hospital acting as a state contractor under color of authority of law in providing medical services to a state incarcerated person who is therefore a ward of the state of Alabama.

Furthermore he was a pre-trial detainee at the time of plaintiff's averred altercation upon which he seeks compensatory compensation for the mental pain and anguish he suffered resulting from the grossly negligent duties of its medical staff nurses at the time and place in the hospital when blood was being injected into the plaintiff for blood transfusion.

Plaintiff avers, had it not been for the "grossly negligent" shift duties of the Evergreen Hospital shift nurses at the time the blood transfusion was taking place & had the LPN or RN on duty remain with their patient during this crucial period & had they stayed with plaintiff to monitor patient to conclusion of blood transfusions which is normal procedure — then the sheriff's deputy would not have had the opportunity to turn the blood flow of the blood transfusion off as she did in an attempt to kill me which in itself is a felony (attempt murder). Maby she ask the nurse to leave the room so she could turn blood flow off. I so they were accomplices you see. I will not let the hospital off the hook

(2)

John Henry Goodson                    11/27/06
   Con't                               CV 2:06-836 WKW

(BREACH OF DUTY - etc.)

For their gross Negligence. They breached their duty to me. Does the State of Alabama not have a duty also to pay for the Medical bills of its pre-trial detainees and convicted inmates? I should think so and would concluded the state paid for plaintiff's stay in hospital & for the Medical bill - therefore Evergreen Hospital acted as a state actor and/or Contractor, acting under color of authority of law as a state designated paid agent. Therefore under Federal law in place they are liable. Plaintiff thus, again, request the Court reconsider his objection & enter Evergreen Hospital as a defendant to this suit. Evergreen Hospital has denied plaintiff's constitutional rights under the 8th & 14th USCA amends to be free from cruel & unusual punishment - to include mental pain and anguish while incarcerated as a pre-trial detainee under the 14th USCA. Certainly GROSS NEGLIGENCE is covered as in-part inclusion in a 42-1983 Suit brought by this plaintiff & should not be thrown out based on previous Federal Case law in place at time of this Altercation.

Plaintiff thus prays the Court reconsider its stand and grant the inclusion of Evergreen Hospital as a defendant in this Case. The above all previously pointed out to this Court.

                              Respectfully,
                              John Henry Goodson
                              #244949  A18
                              1390 Red Eagle Road
                              Montgomery, Ala 36110

(3)