# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

John Henry Goodson )
      Vs. )
Tracey Hawsey, et all )

2006 NOV 27  A 10:37

11/27/06

CV 2:06-836 WKW

## MOTION FOR ENLARGMENT OF COURT ORDER DATED 11-16-06 (doc #15-1)

Now comes the plaintiff John Henry Goodson on the above style case seeking a motion for enlargement of courts order to include the address of the US Dist Court For the Southern District of Alabama and the name of the Magistrate Judge this case is being assigned to presently, for good & just cause to whitt:

(1) The plaintiff is incarcenated and does not have access to a Mobile Ala phone book to obtain new address of Fed. Courthouse there. Please furnish plaintiff same.

The plaintiff prays the court will grant this motion for good cause.

Respectfully
John Henry Goodson
#244949  A8
1290 Red Eagle Road
Montgomery, Ala 36110

11/27/06
CV-836-WKW

Con't
Goodson VS. Hawsey.

Certificate of Service:

I John Henry Goodson the plaintiff on the above styled case hereby certify to this Fed. Court that I have (1) placed a copy of the above styled Pleading + a (2) motion for Enlargement Submitted Same date to the defendants attorneys of record at the following address:
  Mr. Gary L. Willford Jr.
  % Webb & Eley P.C.  7475 Halcyon Point Drive
  P.O. Box 240 909, Montgomery Ala. 36124

Mailed out by US mail 1st class with proper US postage due on this the 27th day of November 2006

by
John Henry Goodson
#24494  A6
1290 Red Eagle Road
Montgomery, Ala. 36110