UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

John Henry Goodson )
Vs. )
Conecuh County Jail, et al )

2006 NOV 27  A 10: 36        11/26/06

CV 2:06-836 WKW

# MOTION FOR SUMMERY JUDGMENT
## AN/or
# MOTION TO COMPEL

Now comes the plaintiff John Henry Goodson on the above
styled case for good & just cause to whitt:

(1) The court has issued a court order ordering defendants
to comply to said court order dated October 3rd, 2006
[doc #6-1]

Plaintiff avens the defendants are in contempt of court order
by non compliance of court ordered mandate to respond in
40 days, on by November 13th, 06. Certainly this date has passed
So the defendants failed to do so. Moreover, the defendants
failed to file a motion for enlargment of time in the 40 day
period allowed, on spelled out in your court order.

(2) Wherefore being unresponsive to this suit in the time
frame required by this court the court must grant the
plaintiff a final summery judgment in plaintiffs favor
based on the courts own court-set time frame for
the defendants to respond, to same.

(3) The court was implicitely adamant in its court
orders to the plaintiff in its court order [doc #3-1]

(1)

Con't
John Henry Boodson vs Coneah County                    11/26/06
                                                CV 2:06-836 WKW

Cancel his case, or
that it would Cancell or reject plaintiffs Further motions
if he didn't take a Quiet Course in law (where + how?).
the Court's order thus has held the plaintiff to the
Same HIGH standard that if it would a licensed lawyer
although he is a layman at law As previously pointed out to
this Court (All resulting in Case being dismissed for NON Compliance).
(4) Wherefore, (whats fair for the goose is fair for the gandor,)
the plaintiff is entitled to final Summary Judgment on all
his ascurvations by Constructive default on part of
defendants by federal law in place at time of iss-
uance of your Honors Court order. Wherefore the
plaintiff request this Court act accordingly to its own Orders.

## MOTION TO COMPEL

The plaintiff avers the defendants be compeled to this reply to
Suit promply on within 10 days + a Court orders be
issued to that effect by this Court requiring Same.
For good + just Cause, both issues.

                        Respectfully
                        John Henry Boodson
                        #              A-6
                        1390 Reed Eagle Road
                        Montgomery, Ala 36110

(2)

11/26/06

Coat    John Henry Goodson Vs. Conecuh Co.        CV 2:06-836 WKW

Certificate of Service:

I John Henry Goodson the plaintiff on the above styled
Case, hereby centify to this Fed. court that I have placed
a copy of this pleading in the us mail with proper 1st
Class postage due to:
   Mr. Gary L. Willford Jr.
   % Webb & Eley P.C. @ 7475 Halcyon Point Drive
   P.O. Box 240909, Montgomery, Ala 36124
Mailed out this 26th day of November 2006 by
u.s. postage 1st class

                        by
                        John Henry Goodson
                        # 24494    A6
                        1290 Red Eagle Road
                        Montgomery, Ala 36110

(3)