IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HENERY GOODSON, #244949, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-836-WKW |
| | ) |
| TRACEY HAWSEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for enlargement of court order filed by the plaintiff on November 27, 2006 (Court Doc. No. 18), in which the plaintiff seeks the address for the United States District Court for the Southern District of Alabama and the name of the Magistrate Judge to which this case will be assigned upon transfer, and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED to the extent that the plaintiff seeks the address for the United States District Court for the Southern District of Alabama. The plaintiff is advised that the address for such court is 113 St. Joseph Street, Mobile, Alabama 36602.

2. This motion be and is hereby DENIED to the extent that the plaintiff seeks the name of the Magistrate Judge being assigned his case as such assignment has not yet occurred.

Done this 28th day of November, 2006.

                                                /s/ Susan Russ Walker
                                                SUSAN RUSS WALKER
                                                UNITED STATES MAGISTRATE JUDGE