IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOHN HENERY GOODSON, #244949, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-836-WKW |
| | ) | |
| TRACEY HAWSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On November 27, 2006, the plaintiff filed a motion for summary judgment and/or motion to compel (Court Doc. No. 19). In this document, the plaintiff seeks (i) entry of judgment in this case due to the defendants' failure to file a response to the order of procedure initially entered on October 3, 2006, and (ii) an order compelling the defendants to file a response to his complaint. The court vacated the order of procedure on November 7, 2006 (Court Doc. No. 12). Thus, there is no basis for the motion for summary judgment submitted by the plaintiff. Moreover, this case is pending transfer to the United States District Court for the Southern District of Alabama due to a lack of venue in this court. Accordingly, it is

ORDERED that:

1. The motion for summary judgment be stricken from the docket as improperly filed.

2. The motion to compel be and is hereby DENIED.

3. The plaintiff shall file no other motions or documents with this court as any pleadings directed to the instant complaint should be submitted to the United States District Court for the Southern District of Alabama upon transfer of this case as such court is the proper authority to address all matters related to the plaintiff's claims for relief.

Done this 28th day of November, 2006.

                                       /s/ Susan Russ Walker
                                   SUSAN RUSS WALKER
                                   UNITED STATES MAGISTRATE JUDGE