IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN HENRY GOODSON, #244949, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:06-cv-00836-WKW |
| ) | (WO) |
| CONECUH COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On November 17, 2006, the Magistrate Judge recommended (Doc. # 16) that this case be transferred to the Southern District of Alabama for lack of venue. Plaintiff's timely objection (Doc. # 17) was considered by the court. Upon an independent and *de novo* review of the file in this case, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 16) is ADOPTED;

2. Plaintiff's objection (Doc. # 17) is OVERRULED;

3. Because venue is and was not proper in this court, the previous order of this court dismissing Defendants Conecuh County Jail and Evergreen Hospital (Doc. # 13) is VACATED and the corresponding Recommendation of the Magistrate Judge (Doc. # 7) is REJECTED.

This matter is hereby transferred to the Southern District of Alabama for further proceedings.

DONE this 8th day of December, 2006.

                                          /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE